# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Playboy Enterprises International, Inc.

                        Plaintiff,

v.                                          Case No.: 1:10–cv–05085

                                          Honorable Elaine E. Bucklo

Frestacom–Lisbon Media Publishing, LDA, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion for leave to file appearance of substitute counsel [7] is granted. Accordingly, James R. Pranger and Patrick Frye are allowed to withdraw their appearances and Charles Chejfec and Kathy P. Josephson are given leave to file their appearances as substitute counsel. Status hearing held on 12/6/2010. Scheduling Conference set for 2/1/2011 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.